# UNITED STATES DISTRICT COURT
### for the

Eastern District of Tennessee

| | |
|---|---|
| ETHAN PRITCHARD | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No. |
| FEDERAL EXPRESS COPORATION as Successor in Interest to FEDEX GROUND PACKAGE SYSTEM, INC. | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FEDERAL EXPRESS COPORATION as Successor in Interest to FEDEX GROUND
PACKAGE SYSTEM, INC.
CT CORPORATION SYSTEM
300 MONTVUE RD
KNOXVILLE, TN 37919

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Andrew Rozynski
Eisenberg and Baum, LLP
24 Union Square East, PH
New York, NY 10003
212-353-8700
arozynski@eandblaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*